UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 1:18MJ-739 |
|---|---|
| Plaintiff, | |
| v. | MOTION TO SEAL COMPLAINT |
| RAVI VIJAY PATEL, | |
| Defendants. | |

The United States Attorney respectfully requests that this Complaint be kept secret until all defendants are in custody.

### MEMORANDUM

Rule 6(e)(4), Federal Rules of Criminal Procedure, authorizes the federal magistrate judge to whom a Complaint is returned to direct that the Complaint be kept secret until all defendants are in custody. The arrest of the defendants will be effected as soon as practicable.

Therefore, the United States Attorney requests that the Clerk be ordered to seal the Complaint and not disclose its return except as necessary for the issuance and execution of an arrest warrant.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

*s/Karl P. Kadon III*
KARL P. KADON III (0009324)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-2047
E-mail: Karl.Kadon@usdoj.gov