# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-058 |
| Plaintiff, | JUDGE BARRETT |
| v. | |
| RAVI VIJAY PATEL, | **MOTION TO UNSEAL CASE** |
| Defendant. | |

Now comes the United States Attorney for the Southern District of Ohio and in the above-captioned case states that the previously sealed case may now be unsealed.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Karl P. Kadon
KARL P. KADON (OH 09324)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-2047
E-mail: Karl.Kadon@usdoj.gov

**SO ORDERED.**

_____
**HONORABLE MICHAEL R. BARRETT**
**UNITED STATES DISTRICT JUDGE**